United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN SHAY O/B/O ROBERT M. SHAY, ) | |
| ) | CIVIL NO. C11-5622BHS-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF |
| vs. ) | TIME TO FILE PLAINTIFF'S |
| ) | OPENING BRIEF |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Motion and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before March 27, 2012, Defendant's Answering Brief shall be filed on or before April 24, 2012, and Plaintiff's Reply Brief shall be filed on or before May 8, 2012.

Oral argument, if desired, shall be requested by May 15, 2012

DATED this 17th day of February, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF – [C11-5622BHS-JRC] - 1