UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN SHAY O/B/O ROBERT M. SHAY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | CIVIL NO. C11-5622BHS-JRC <br><br> ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF |

Based on Plaintiff's Motion and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before March 27, 2012, Defendant's Answering Brief shall be filed on or before April 24, 2012, and Plaintiff's Reply Brief shall be filed on or before May 8, 2012.

Oral argument, if desired, shall be requested by May 15, 2012

DATED this 17th day of February, 2012.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge